ORDERED.

Dated: April 03, 2026

Jacob A. Brown
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

JAMES RAYMOND OWENS,

　　Debtor.

_____/

CASE NO.: 3:25-bk-00891-JAB

Chapter 7

**ORDER GRANTING THE TRUSTEE'S**
**MOTION FOR ENTRY OF AN ORDER APPROVING THE**
**COMPROMISE OF CLAIMS BY AND BETWEEN TRUSTEE AND**
**WEBSTAR TECHNOLOGY GROUP, INC., A WYOMING CORPORATION**

THIS MATTER came before the Court for hearing on Wednesday, April 1, 2026 at 10:00 a.m. (the "**Hearing**") upon the Trustee's Motion for Entry of Order Approving Compromise of Claims by and between the Trustee and Webstar Technology Group, Inc., a Wyoming Corporation (the "**Compromise**") (Doc. No. 90). The Trustee and Creditors, Matthew Greenstein and Robert E. Thomas as Chapter 7 Trustee for MJD Legacy Investments, Inc., via their respective counsel, were present at the Hearing. No party filed an objection to the Motion prior to or at the Hearing, and the Court deems the Motion to be unopposed.

Therefore, it is **ORDERED:**

1.　　　The Motion is **GRANTED**.

2.　　　The parties are ordered to comply with the terms of the Compromise.

2

3. The Court reserves jurisdiction to resolve or adjudicate any and all disputes that may arise out of, or relate to, those matters addressed by this Order.

Attorney Eugene H. Johnson, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.