# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 3:25-bk-00891-JAB
**Case Name:** JAMES RAYMOND OWENS

**For Period Ending:** 06/30/2026

**Trustee Name:** (290790) Gregory L. Atwater
**Date Filed (f) or Converted (c):** 03/24/2025 (f)
**§ 341(a) Meeting Date:** 04/24/2025
**Claims Bar Date:** 08/15/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 908Churchill Lane, St. Augustine, Fl 32092, St. Johns County | 550,000.00 | 0.00 | | 0.00 | 10,000.00 |
| 2 | 2020 Linclon MKZ, 78000 miles | 16,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2019 Dodge Challanger, 38000 miles | 63,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2009 BMW 128i, 94000 miles | 5,500.00 | 0.00 | | 0.00 | FA |
| 5 | major appliances | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Computers Printers | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | clothes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Other financial account: robinhood crypto | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Softech Development Corporation Control Block, 100% ownership | 0.00 | 200,000.00 | | 0.00 | 200,000.00 |
| 11 | Webstar Networks Corporation, 100% ownership | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 12 | Prudential Term Life: Trust | 0.00 | 0.00 | | 0.00 | FA |
| 13 | AARP Term Life: Trust | 0.00 | 0.00 | | 0.00 | FA |
| 14 | PREFERENCE PAYMENT / FRAUDULANT TRANSFER (u) | 0.00 | 40,000.00 | | 3,572.74 | 36,427.26 |
| 15 | Webstar Technical Group Inc. 1000 Shares (u) | 0.00 | 297,500.00 | | 29,750.00 | 267,750.00 |
| 16 | Convertible Promissary Note from Webstar Technical Inc. (u) | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
| **16** | **Assets** **Totals** (Excluding unknown values) | **$638,700.00** | **$557,500.00** | | **$33,322.74** | **$534,177.26** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 3:25-bk-00891-JAB
**Case Name:** JAMES RAYMOND OWENS

**For Period Ending:** 06/30/2026

**Trustee Name:** (290790) Gregory L. Atwater
**Date Filed (f) or Converted (c):** 03/24/2025 (f)
**§ 341(a) Meeting Date:** 04/24/2025
**Claims Bar Date:** 08/15/2025

**Major Activities Affecting Case Closing:**

TRUSTEE IS INVESTIGATING INTEREST IN REAL ESTATE AND CORPORATION.

5-13-2025 ASSET NOTICE FILED.

5-13-2025 APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY FOR THE ESTATE FILED.

5-13-2025 ORDER APPROVING APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY FOR THE ESTATE ENTERED.

6-3-2025 OBJECTION TO EXEMPTIONS FILED.

6-4-2025 RESPONSE TO OBJECTION TO EXEMPTIONS FILED BY BRYCE KRAMPERT ON BEHALF OF DEBTOR.

6-5-2025 NOTICE OF 2004 EXAMINATION OF NON-PARTY DONALD KEER FILED.

6-13-2025 ATTORNEY FOR THE ESTATE CONDUCTED A 2004 EXAMINATION OF MR. KERR.

6-16-2025 APPLICATION TO EMPLOY STEVEN M. VANDERWILT AS ACCOUNTANT FOR THE ESTATE FILED.

6-16-2025 ORDER APPROVING EMPLOYMENT OF STEVEN M. VANDERWILT AS ACCOUNTANT FOR THE ESTATE ENTERED.

6-26-2025 TRUSTEE FOR THE ESTATE IS CONTINUTING TO PURSUE ASSETS.

7-1-2025 NOTICE OF ISSUANCE OF SUBPOENA FOR THE PRODUCTION OF DOCUMENTS AND FOR RULE 2004 EXAMINATION DIRECTED TO NON PARTY RICARDO HAYNES IN HIS CAPACITY AS PRESIDENT AND FORMER CEO OF THUNDER ENERGIES CORP AND ON BEHALF OF TNRG PURCHASING GROUP FILED.

7-1-2025 NOTICE OF ISSUANCE OF SUBPOENA OF ATTENDANCE OF RULE 2004 EXAMINATION AND FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO CORPORATE REPRESENTATIVE OF INTERNATIONAL TREASURE SOCIETY, INC F/K/A ST. AUGUSTINE SHIPWRECK MUSEUM AND GALLERY, INC FILED.

8-18-2025 ATTORNEY FOR THE ESTATE CONTINUING TO PURSUE ASSETS.

8-28-2025 NOTICE OF ISSUANCE OF SUBPOENA FOR ATTENDANCE AT RULE 2004 EXAM AND FOR PRODUCTION OF DOCUMENTS FILED.

12-1-2025 PRELIMINARY HEARING SCHEDULED FOR 12-10-2025.

12-19-2025 MOTION TO APPROVE COMPROMISE FILED.

1-13-2026 ORDER GRANTING MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE, JAMES RAYMOND OWENS, INDIVIDUALLY AND

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 3:25-bk-00891-JAB
**Case Name:** JAMES RAYMOND OWENS

**For Period Ending:** 06/30/2026

**Trustee Name:** (290790) Gregory L. Atwater
**Date Filed (f) or Converted (c):** 03/24/2025 (f)
**§ 341(a) Meeting Date:** 04/24/2025
**Claims Bar Date:** 08/15/2025

AS TRUSTEE OF THE FRANK T. PERONE REVOCABLE TRUST AND SHIPWRECK TREASURE VENTURES CORP ENTERED. OWENS AND AS TRUSTEE OF THE TRUST AND SHIPWRECK, JOINTLY SHALL PAY TO THE TRUSTEE THE TOTAL SUM OF $40,000.00, PLUS INTEREST WITH 48 MONTHLY PAYMENTS OF $1,786.37 DUE 30 DAYS AFTER THE LOAN DOCUMENTS ARE EXECUTED;

2-17-2026 MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS, RE: ESTATE'S INTEREST IN STOCK FILED.

2-20-2026 MOTION TO APPROVE COMPROMISE FILED. RELATED PARTIES: TRUSTEE AND WEBSTAR TECHNOLOGY GROUP, INC, A WYOMING CORPORATION.

3-6-2026 NOTICE OF PRELIMINARY HEARING ON MOTION FOR ENTRY OF ORDER AUTHORIING TRUSTEE TO SELL PERSONAL PROPERTY, FREE AND CLEAR FILED. HEARING SCHEDULED FOR 4-1-2026.

4-1-2026 HEARING HELD. MOTION TO SELL PROPERTY , ESTATE'S ITEREST IN STOCK , FILED.

4-3-2026 ORDER GRANTING MOTION TO SELL PERSONAL PROPERTY, ONE HUNDRED (100%) OF THE AUTHORIZED, ISSUED AND OUTSTANDING SERIES A COVERTIBLE PREFERRED STOCK, TO WIT, 1,000 SHARES OF WEBSTAR TECHNOLOGY GROUP, INC, A WYOMING CORP (WBSR) ISSUED AND OUTSTANDING (OUT OF 1,000 AUTHORIZED), WHICH REPRESENTS APPROXIMATELY 75% OF THE CURRENT VOTING RIGHTS OF WBSR, ONE MILLION SEVEN HUNDRED FIFTY THOUSAND SHARES OF OUTSTANDING COMMON STOCK OF WBSR, AS REFLECTED ON THE BOOKS AND RECORDS MAINTAINED BY V STOCK TRANSFER.

THE RELIEF REQUESTED IN THE SALE MOTION IS GRANTED AND THE SALE OF THE STOCK BY THE TRUSTEE, FREE FROM ALL LIENS, CLAIMS BY PRIVATE SALE TO TRNG PURCHASING GROUP, A GEORGIA PARTNERSHIP OR ITS ASSIGNS FOR THE SUM OF $297,500.00, APPROVED. THE PURCHASE PRICE SHALL BE ALLOCATED AS FOLLOWS, $290,000.00 FOR CONTROLLING INTEREST AND $7,500.00 FOR THE COMMON STOCK.

4-3-2026 ORDER GRANTING MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE AND WEBSTAR TECHNOLOGY GROUP, INC ENTERED.

6-24-2026 DEBTOR IS MAKING PAYMENTS AS ORDERED.

**Initial Projected Date Of Final Report (TFR):** 11/30/2025 **Current Projected Date Of Final Report (TFR):** 12/30/2026

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 3:25-bk-00891-JAB
**Case Name:** JAMES RAYMOND OWENS

**For Period Ending:** 06/30/2026

**Trustee Name:** (290790) Gregory L. Atwater
**Date Filed (f) or Converted (c):** 03/24/2025 (f)
**§ 341(a) Meeting Date:** 04/24/2025
**Claims Bar Date:** 08/15/2025

07/24/2026
Date

/s/Gregory L. Atwater
Gregory L. Atwater

# Form 2

# Cash Receipts And Disbursements Record



**Case No.:** 3:25-bk-00891-JAB
**Case Name:** JAMES RAYMOND OWENS
**Taxpayer ID #:** **-***3900
**For Period Ending:** 06/30/2026

**Trustee Name:** Gregory L. Atwater (290790)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******1181 Checking
**Blanket Bond (per case limit):** $39,238,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/09/26 | {15} | JAMES RAYMOND OWENS | Webstar Technical Group | 1229-000 | 29,750.00 | | 29,750.00 |
| 05/04/26 | {14} | St. Augustine Shipwreck Museum | Preference Payment / Fraudulant Transfer | 1241-000 | 1,786.37 | | 31,536.37 |
| 05/29/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 31,531.37 |
| 06/05/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -5.00 | 31,536.37 |
| 06/24/26 | {14} | ST. AUGUSTINE SHIPWRECK MUSEUM | Preference Payment / Fraudulant Transfer | 1241-000 | 1,786.37 | | 33,322.74 |
| 06/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.04 | 33,308.70 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **33,322.74** | **14.04** | **$33,308.70** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **33,322.74** | **14.04** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$33,322.74** | **$14.04** | |

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 3:25-bk-00891-JAB | **Trustee Name:** | Gregory L. Atwater (290790) |
| **Case Name:** | JAMES RAYMOND OWENS | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3900 | **Account #:** | ******1181 Checking |
| **For Period Ending:** | 06/30/2026 | **Blanket Bond (per case limit):** | $39,238,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $33,322.74 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $33,322.74 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1181 Checking | $33,322.74 | $14.04 | $33,308.70 |
| | **$33,322.74** | **$14.04** | **$33,308.70** |