**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

**CASE NO.: 3:25-bk-00891-JAB**

**JAMES RAYMOND OWENS,**

**Chapter 7**

**Debtor.**
_____________________________/

**TRUSTEE'S NOTICE OF NON-COMPLETION OF SALE**

PLEASE TAKE NOTICE that Gregory L. Atwater, Chapter 7 Trustee (the "**Trustee**") previously filed a Motion for Entry of Order Authorizing the Trustee to Sell Personal Property Free and Clear of Liens, Claims, Encumbrances and Interests pursuant to 11 U.S.C. §§ 363(b), (f) and (m) (the "**Motion**") (Doc. No. 89), by which the Trustee sought to sell certain shares of Stock[1] to TRNG Purchasing Group, a Georgia partnership (the "**Former Buyer**"). More specifically, the Stock consisted of (i) one hundred percent (100%) of the authorized, issued and outstanding Series A Convertible Preferred Stock, *to wit*, 1,000 shares of Webstar Technology Group, Inc., a Wyoming corporation ("**WBSR**"), issued and outstanding (out of 1,000 authorized), which represents approximately 75% of the current voting rights of WBSR (the "**Controlling Interest**"); and (ii) One Million Seven Hundred Fifty Thousand (1,750,000) shares of the outstanding common stock of WBSR, as reflected on the books and records maintained by V Stock Transfer (the "**Common Stock**") (and together, the Controlling Interest and the Common Stock are hereinafter referred to as the "**Stock**").

After a hearing, on April 3, 2026, the Court entered an Order Granting the Motion (the "**Order**") (Doc. No. 95). Pursuant to and as reflected in the Motion and the Order, the Former Buyer agreed to pay, and the estate agreed to accept, the total sum of $297,500.00 as and for the purchase price for the Stock, giving credit for the Former Buyer for other pre-petition amounts paid towards the

[1] Capitalized terms not defined herein shall have the same meaning as prescribed in the Motion.

purchase of the Stock. As part of the purchase, the Former Buyer made a deposit of $29,750.00, which is 10% of the purchase price (the "**Deposit**"). The Deposit is property of the estate pursuant to 11 U.S.C. § 541 for which the Trustee may use, sell or lease pursuant to 11 U.S.C. § 363 and shall be distributed according to the Bankruptcy Code. The Funds shall be allocated to the Property.

The Former Buyer did not tender the balance of the Purchase Price, nor has the sale of the Stock to the Former Buyer been consummated. Therefore, by this Notice, the Trustee gives notice of non-completion of the sale of the Stock to the Former Buyer, and intends to pursue other potential buyers for the sale of said Stock.

Dated: October 16, 2026

Respectfully submitted,
**JOHNSON LAW FIRM, P.A.**

/s/ Eugene H. Johnson
Eugene H. Johnson, Esq.
Florida Bar No. 0032105
Lauren W. Box, Esq.
Florida Bar No. 0106242
301 West Bay St., Ste. 1453
Jacksonville, Florida 32202
(904) 652-2400 Telephone
(904) 652-2401 Facsimile
ehj@johnsonlawpa.com
lauren@johnsonlawpa.com

*Attorneys for Gregory L. Atwater,*
*Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this 16th day of October, 2026, a true and accurate copy of the foregoing has been furnished by U.S. Mail, postage prepaid, to all parties listed below:

TRNG Purchasing Group
Attn: Don Kerr, Esq.
3663 Greenwood Circle
Chalfont, Pennsylvania 18914

U.S. Securities and Exchange Commission
Attn: Paul S. Atkins, Chair
100 F Street, NE
Washington, DC 20549

U.S. Attorney's Office
Middle District of Florida
Attn: Civil Process Clerk
300 North Hogan Street
Jacksonville, Florida 32202

U.S. Attorney's Office
Middle District of Florida
Attn: Sara C. Sweeney, Esq.
300 North Hogan Street
Jacksonville, Florida 32202

Webstar Technology Group, Inc.
Attn: Ricardo Haynes, its CEO
1100 Peachtree St. NE, Suite 200
Atlanta, GA 30309

Attorney General of the United States
Todd Blanche
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

**and all parties on the attached mailing matrix;**

and via CM/ECF electronic notice to all parties that have consented to such service, including but not limited to;

Bryce C. Krampert, *Counsel for the Debtor*;

Daniel N Gonzalez, Esq. *Counsel for Creditor Robert E. Thomas, as Chapter 7 Trustee for MJD Legacy Investments, Inc.*; and

The United States Trustee

/s/ Eugene H. Johnson
Eugene H. Johnson, Esq

Label Matrix for local noticing
113A-3
Case 3:25-bk-00891-JAB
Middle District of Florida
Jacksonville
Tue Feb 17 12:44:44 EST 2026

Ally Financial c/o AIS Portfolio Services, L
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. DBA GM
P O Box 183853
Arlington, TX 76096-3853

Gregory L. Atwater
P.O. Box 1865
Orange Park, FL 32067-1865

Berkovitch & Bouskila ESQ
I Lend Funding
1460 Broadway
New York, NY 10036-7329

Blue Sky Funding
12368 Vista Point Circle
Jacksonville, FL 32246-0013

Blue Vine Funding
30 Montgomery Street
Jersey City, NJ 07302-3829

Bluevine Inc.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

John Blair Boyd
Sorenson Van Leuven Law Firm
Post Office Box 3637
Tallahassee, FL 32315-3637

CFNA
P.O. Box 81344
Cleveland, OH 44188-0001

CREDIT FIRST NA
PO BOX 818011
CLEVELAND, OH 44181-8011

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A., successor by merger to Di
PO Box 3025
New Albany, OH 43054-3025

Carson Smithfield, LLC
P.O. Box 660397
Dallas, Texas 75266-0397

Chase Bank
Credit Cards
P.O. Box 6294
Carol Stream, IL 60197-6294

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Comenity Bank
Bread Rewards Card
P.O. Box 182119
Columbus OH 43218-2119

(p)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

(p)CREDIT CONTROL LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

(p)CREDIT FRESH
200 CONTINENTAL DRIVE SUITE 401
NEWARK DE 19713-4337

Discover Card
P.O. Box 71242
Charlotte, NC 28272-1242

Diversified Adjustment Services
P.O. Box 32145
Fridley, MN 55432-0145

(p)DIVIDEND FINANCE LLC
ATTN C/O WEINSTEIN & RILEY P S
1415 WESTERN AVE
SUITE #700
SEATTLE WA 98101-2051

Don Keer ESQ
3663 Greenwood Circle
Chalfont, PA 18914-3401

Drivrz Financial
P.O. Box 200
Williamsville, NY 14231-0200

F.H. Cann & Associates
100 Domain Drive, Suite 200
Exeter, NH 03833-4904

F.H. Cann Inc.
QuickBooks Capital
100 Domain Drive
Suit #200
Exeter, NH 03833-4904

FSB Blaze Card
P.O. Box 2534
Omaha, NE 68103-2534

First Citizens Bank
Credit Cards
P.O. Box 63001
Charlotte, NC 28263-3001

First Citizens Bank
P.O. Box 28203
Raleigh NC 27611-8203

(p)FIRST CITIZENS BANK TRUST COMPANY
P O BOX 25187
RALEIGH NC 27611-5187

Melbalynn Fisher
Ghidotti Berger LLP
10800 Biscayne Blvd.
Ste 201
Miami, FL 33161-7538

Florida Credit Union
c/o J. Blair Boyd
Post Office Box 3637
Tallahassee, FL 32315-3637

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

GM Financial
P.O. Box 650595
Dallas, Texas 75265-0595

Daniel N Gonzalez
Meland Budwick, PA
200 S. Biscayne Blvd., Suite 3200
Miami, FL 33131-5323

Matthew Greenstein
c/o Daniel N. Gonzalez, Esq.
Meland Budwick, PA
200 South Biscayne Blvd.
Suite 3200
Miami, FL 33131-5323

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Eugene H Johnson
Johnson Law Firm, P.A.
301 W. Bay Street
Suite 1453
Jacksonville, FL 32202-5106

Bryce C Krampert
Postillion Law Group LLC
12724 Gran Bay Parkway West, Suite 410
Jacksonville, FL 32258-9486

Latham, Luna, Eden & Beaudine, LLP
c/o Justin M. Luna, Esquire
201 S. Orange Avenue, Ste 1400
Orlando, FL 32801-3483

Loan Depot
P.O. Box 5710
Chicago, Illinois 60680-5641

LoanDepot.com, LLC
Ghidotti Berger LLP
10800 Biscayne Blvd., Suite 201
Miami, FL 33161-7538

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mariner Finance
550 Wells Road
Orange Park, Florida 32073-2950

Mariner Finance (PS)
Mariner Finance
8110 Corporate Drive
Nottingham, MD 21236-5034

Matthew Greenstein
c/o Daniel N. Gonzalez, Esq.
Meland Budwick, P.A.
200 S Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Merrick Bank
P.O. Box 660702
Dallas TX 75266-0702

James Raymond Owens
908 Churchhill Lane
St. Augustine, FL 32092-1738

(p)PROSPER MARKETPLACE INC
221 MAIN STREET STE 300
SAN FRANCISCO CA 94105-1909

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Plumeria Accord Holdings LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Revenue Recovery Solutions
323 10th Ave West, Suite 300
Palmetto, FL 34221-5042

Robert E Thomas for MJD Legacy Investments I
C/O Meland Budwick, PA
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-5340

Robert E. Thomas, as Chapter 7 Trustee for M
c/o Daniel N. Gonzalez, Esq.
Meland Budwick, P.A.
200 S Biscayne Blvd
Suite 3200
Miami, FL 33131-5323

Robert Thomas, C7 trustee in re MJD Legacy I
c/o Daniel N. Gonzalez, Esq.
Meland Budwick, P.A.
200 S. Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

(p)ROUNDPOINT MORTGAGE SERVICING CORPORATION
446 WRENPLACE ROAD
FORT MILL SC 29715-0200

(p)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

Spring Oaks Capital SPV, LLC
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

St. Johns County Tax Collector
Dennis W. Hollingswo
Post Office Box 9001
Saint Augustine FL 32085-9001

Synchrony Bank
Care Credit
P.O. Box 71707
Philadelphia PA 19176-1707

Synchrony Bank
Ebay Mastercard
P.O. Box 71707
Philadelphia, PA 19176-1707

Synchrony Bank
Paypal Credit
P.O. Box 71707
Philadelphia PA 19176-1707

Synchrony Bank
Paypal Credit
P.O. Box 71718
Philadelphia, PA 19176-1718

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bankruptcy Court
Middle District of Florida
400 Washington Street
Orlando, Florida 32801-2217

United States Trustee - JAX 13/7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

(p)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

Steven M. Vanderwilt
9940 Hood Road
Jacksonville, FL 32257-1134

Verizon
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

Vista Point Services Funding
12368 Vista Point Circle
Jacksonville, FL 32246-0013

(p)VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

Web Bank
215 South State Street
Suite #1000
Salt Lake City, UT 84111-2336

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Community Bank
P.O. Box 2557
Omaha, NE 68103

Credit Control LLC
3300 Rider Trail South, Suite 500
Earth City, MO 63045

Credit Fresh
200 Continental Drive
Suite #401
Newark, DE 19713

Dividend Finance, LLC
c/o Weinstein & Riley, PS
749 Gateway, Suite G-601
Abilene, TX 79602

First Citizens Bank & Trust Company
Attn: Bankruptcy Department
P.O. Box 25187
Raleigh, NC 27611

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Prosper Card
P.O. Box 650078
Dallas, TX 75265

Round Point Mortgage
446 Wren place Road
Suite #101
Fort Mill, South Carolina 29715

Spring Oaks Capital
1400 Crossways Blvd
Chesapeake, VA 23320

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

(d)US Bank
Credit Cards
P.O. Box 790179
St. Louis, MO 63179

Upgrade Inc.
275 Battery Street
San Francisco, CA 94111

Vystar Credit Union
P.O. Box 45085
Jacksonville, Florida 32232

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 78 |
| Bypassed recipients | 0 |
| Total | 78 |